| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | JESUS HERNANDEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00136 LJO-SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| JESUS HERNANDEZ, | ) | Date: August 6, 2012 |
| | ) | Time: 1:00 p.m. |
| *Defendant.* | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jesus Hernandez, that the hearing currently set for July 16, 2012 at 1:00 p.m., **may be rescheduled to August 6, 2012 at 1:00 p.m.**

Due to a family emergency, defense counsel has been out of town this week. Defense now needs additional time to complete required investigation and preparation on this case. The requested continuance will conserve time and resources for both counsel and the court and allow for further negotiations between the parties.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: July 12, 2012 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: July 12, 2012 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jesus Hernandez |

**ORDER**

The Court grants the stipulation that the Status Conference be continued from July 16, 2012, to August 6, 2012 at 1:00 p.m.

**Any future request to continue the status conference must be supported by a showing of good cause, which in turn, requires due diligence**.

IT IS SO ORDERED.

Dated: **July 12, 2012**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE